PROB 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT

for

# NORTHERN DISTRICT OF GEORGIA


FILED IN CLERK'S OFFICE
Atlanta

JUL 2 8 2005

LUTHER D. THOMAS, Clerk

Deputy Clerk

U. S. A. vs. Andretti Jones

Docket No. 1:01-CR-266-01-CAP

## SUMMONS AND ORDER TO SHOW CAUSE
## WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED

COMES NOW Eric G. Christian PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Andretti Jones who was placed on supervision for the offense of Possession with the Intent to Distribute Cocaine Base, 18 U.S.C. §841(a)(1), by the Honorable Odell Horton sitting in the court at Mermphis, Tennessee (WD/TN), on the 27th day of March, 1996 who fixed the period of supervision at 60 months, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

While on supervised release, the defendant shall not commit another federal, state, or local crime, shall comply with the standard conditions that have been adopted by this Court, and shall comply with the following additional conditions:

The defendant shall submit to one drug urinalysis within 15 days after being placed on supervision and at least two periodic tests thereafter.

The defendant shall participate in a drug/alcohol treatment program under the guidance and supervision of the United States Probation Officer and if able, contribute to the cost of services for such treatment.

The defendant shall not own, possess or have under his control any firearm, dangerous weapon or other destructive device.

**On March 8, 2001, the Transfer of Jurisdiction was accepted by Your Honor.**

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

*Violation of the General Condition #7:* The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use or distribute or administer any narcotic or other controlled substance, or any paraphernalia related to such substances except as prescribed by a physician.

*To wit:* On June 7, 2005, Mr. Jones submitted to a urine screen which was returned positive for cocaine.

U.S.A. v. Andretti Jones
Docket No.: 1:01-CR-266-01-CAP
Petition and Order to Show Cause
Page 2

PRAYING THAT THE COURT WILL ORDER Andretti Jones to appear before the Court on the 9th day of August 2005, at 10:00 a.m. as directed to show cause why Supervised Release should not be revoked.

ORDER OF COURT

Considered and ordered this 26 day of July, 2005 and ordered filed and made a part of the records in the above case.

Honorable Charles A. Pannell, Jr.
U.S. District Court Judge

Respectfully,

Eric G. Christian
U. S. Probation Officer

Place: Atlanta, Georgia

Date: July 20, 2005

Phillip M. Burgest 7/20/05
Phillip M. Burgest
Supervising U. S. Probation Officer